UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Brittany Read,
*individually and on behalf
of all others similarly situated,*

    Plaintiff,

v.

Coty DTC Holdings, LLC,

    Defendant.
_____/

Case No.: 8:23-cv-00662-CEH-MRM

## NOTICE VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Brittany Read, by and through the undersigned counsel, and hereby dismisses her individual claims with prejudice and without costs, and dismisses the alleged class claims without prejudice and without costs.

Dated: August 3, 2023

Respectfully submitted,

/s/ *Benjamin W. Raslavich*
**BENJAMIN W. RASLAVICH, ESQ.**
Florida Bar No.: 0102808
**KUHN RASLAVICH, P.A.**
2110 West Platt Street
Tampa, Florida 33606
Telephone: (813) 422 – 7782
Facsimile: (813) 422 – 7783
Ben@theKRfirm.com
Counsel for Plaintiff

*[Certificate of Service follows on the next page]*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Benjamin W. Raslavich*
Benjamin W. Raslavich, Esquire
Florida Bar No.: 0102808