UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRITTANY READ,

    Plaintiff,

v.                                             Case No: 8:23-cv-662-CEH-MRM

COTY DTC HOLDINGS, LLC,

    Defendant.

**ORDER**

    Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice of Plaintiff Brittany Read's claims against Defendant Coty DTC Holdings, LLC, and without prejudice as to the alleged class claims (Doc. 19). Review of the docket reveals that Defendant Coty DTC Holdings, LLC has not filed an answer or a motion for summary judgment. Accordingly, this case is dismissed by operation of Rule 41(a)(1)(A)(i) with prejudice as to Plaintiff Brittany Read and without prejudice as to the alleged class claims.

    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

    **DONE** and **ORDERED** in Tampa, Florida on August 4, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to: Counsel of Record and Unrepresented Parties